STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant MARK RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK RUSSELL,<br><br>Defendant. | No. CR 15 00508 YGR<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING RELEASE<br>CONDITIONS |

Mark Russell is out of custody in this proceeding, subject to a number of conditions and to supervision by Pretrial Services. He informed Pretrial Services that two of his release conditions are problematic. First, he is prohibited from having contact with any co-defendant outside the presence of counsel; second, his travel is restricted to the Northern District of California. Mr. Russell is involved in a romantic relationship with co-defendant Carol Bryant. He also frequently travels to cities within the Eastern District in order to purchase items at auctions, which he then resells to earn a marginal income to supplement his social security benefit. Maintaining either his relationship or his modest business activity places him in direct violation of these conditions.

For these reasons, IT IS STIPULATED AND AGREED that the conditions of Mr. Russell's release be modified to permit him to maintain contact with Carol Bryant, provided he does not discuss this case with her, and to permit him to travel to the Eastern District for purposes of conducting business activities as described above.

Dated: 5 November 2015                                   _____/s/_____
                                                         CYNTHIA STIER
                                                         Assistant United States Attorney

Dated: 5 November 2015                                   _____/s/_____
                                                         JEROME E. MATTHEWS
                                                         Assistant Federal Public Defender

Dated: 5 November 2015                                   _____/s/_____
                                                         NELSON BARAO
                                                         Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Mark Russell's release be modified to permit him to maintain contact with Carol Bryant, provided he does not discuss this case with her, and to permit him to travel to the Eastern District for purposes of conducting business activities as described in the foregoing stipulation. Mr Russell shall continue to abide by all other conditions of his release.

Dated: November  6 , 2015                                _____
                                                         KANDIS WESTMORE
                                                         United States Magistrate Judge